**Richard E. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79412**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 15, 2017

Damien Sepher Bhakti De Loyala, Kansas City, MO, Counsel for Appellant.

Gregory L. Barnes, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor Howard, Judge, Cynthia L. Martin, Judge

### ORDER

Per Curiam:

Richard E. Jones appeals from a judgment denying his Rule 24.035 motion for post-conviction relief after he pleaded guilty to one count of the Class D felony of destruction of jail property. We affirm. Rule 84.16(b).